IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02244-PAB-KLM

SANDRA MILLER,

    Plaintiff,

v.

TRUSTED HAND SERVICE, INC.,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion for Protective Order** [Docket No. 27; Filed December 15, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [Docket No. 27-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated:  December 16, 2010